## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Parminder Kaur          BK NO. 22-02052 MJC

                 Debtor(s)

                                     Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Andrews Federal Credit Union and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ *Michael Farrington*
                                             Michael Farrington
                                             31 Oct 2022, 11:59:15, EDT

                                             KML Law Group, P.C.
                                             BNY Mellon Independence Center
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA  19106
                                             215-627-1322