IN THE UNITED STATES BANKRUPTCY
COURT FOR THE MIDDLE DISTRICT OF PA
WILKES-BARRE DIVISION

_____

PARMINDER KAUR          :     CASE NO. 5:22-bk-02052
                       :     CH. 13
          DEBTOR        :

_____

**ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF NOTICES
PURSUANT TO FED. R. BANKR. P. 2002**

     PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of FOURSOME GROUP LLC. PLEASE TAKE NOTICE that Eugene C. Kelley, Esquire, as legal counsel Foursome Group LLC, creditor in the above-captioned Chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1) 342 and 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, upon:

EUGENE C. KELLEY, ESQUIRE
KELLEY POLISHAN & SOLANELLI, LLC
259 S. KEYSER AVENUE
OLD FORGE PA 18518
Email: ekelley@kpwslaw.com


Date: November 30, 2022                    /s/ Eugene C. Kelley, Esquire  (56252)