United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 22-02052-MJC
Parminder Kaur Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Nov 29, 2022      Form ID: ntcnfhrg      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Parminder Kaur, 427 Turnberry Lane, Hazle Township, PA 18202-9602 |
| 5502555 | + | AmEx/Citibank, NA, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 5502556 | + | Andrews Federal Credit Union, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 5502562 | + | DMI Andrews Federal Credit, 1 Corporate Dr, Suite 360, Lake Zurich, IL 60047-8945 |
| 5502564 | + | Engs Financing, One Pierce Place, Suite 1100 W, Itasca, IL 60143-3149 |
| 5502566 | + | Foursome Group, LLC, 360 Kidder Street, Suite 5, Wilkes-Barre, PA 18702-5619 |
| 5502568 | + | PA Dep't of Labor and Industry, Office of Chief Counsel, Scranton Regional Office, 100 Lackawanna Avenu, Scranton, PA 18503-1904 |
| 5502578 | + | WF/Bobs Discount Furn, PO Box 14517, CBS MAC F8235-01C, Des Moines, IA 50306-3517 |
| 5502577 | + | Wells Fargo Card Services, PO Box 14525, Des Moines, IA 50306-3525 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 29 2022 18:44:16 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2022 18:44:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5502827 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 29 2022 18:44:03 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5507980 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2022 18:44:04 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5502557 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 29 2022 18:40:00 | Bank of America, 4060 Ogletown/Stanton Rd, DES-019-03-07, Newark, DE 19713 |
| 5502558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 18:44:17 | BestBuy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5503823 | | Email/Text: BKPT@cfna.com | Nov 29 2022 18:40:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 5502559 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2022 18:44:09 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5502560 | + | Email/Text: BKPT@cfna.com | Nov 29 2022 18:40:00 | Credit First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 5502561 | | Email/Text: mrdiscen@discover.com | Nov 29 2022 18:40:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5503522 | | Email/Text: mrdiscen@discover.com | Nov 29 2022 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5502565 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 29 2022 18:40:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5504776 | | Email/Text: collecadminbankruptcy@fnni.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 29 2022 18:40:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5502567 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2022 18:44:09 | JPMCB Card Services, 301 N. Walnut St, Floor 09, Wilmington, DE 19801 |
| 5505845 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 29 2022 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5502569 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:03 | SYNCB / Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5502570 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:03 | SYNCB/Sam/s Club DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5502601 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5502571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 18:44:18 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 5502573 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 29 2022 18:40:00 | Toyota Motor Credit Corp., 19001 South Western Avenue, Torrance, CA 90509 |
| 5502572 | | Email/Text: bankruptcy@huntington.com | Nov 29 2022 18:40:00 | The Huntington Nat'l Bank, PO Box 182232, GW1W34, Columbus, OH 43218-2232 |
| 5502574 | | Email/Text: legal@tabbank.com | Nov 29 2022 18:40:00 | Transportation Alliance Bank, Inc., 4185 Harris Blvd., Ogden, UT 84403 |
| 5502575 | + | Email/Text: bankruptcy@bbandt.com | Nov 29 2022 18:40:00 | Truist Bank, PO Box 2306, Wilson, NC 27894-2306 |
| 5502576 | + | Email/Text: bankruptcy@bbandt.com | Nov 29 2022 18:40:00 | Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5502563 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 29 2022 18:40:00 | Elan Financial Services, PO Box 108, St. Louis, MO 63166-0108 |
| 5503801 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 29 2022 18:44:04 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 5504641 | + | Email/Text: pasi_bankruptcy@chs.net | Nov 29 2022 18:40:00 | Wilkes-Barre General Hospital c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5503259 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5505846 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5505847 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2022        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Andrews Federal Credit Union bnicholas@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 1 Parminder Kaur zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Andrews Federal Credit Union mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Parminder Kaur,

**Debtor 1**

Chapter 13

Case No. 5:22−bk−02052−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 29, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 5, 2023 <br> Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PatriciaRatchford, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 29, 2022 |

ntcnfhrg (08/21)