In re: Case No. 22-02052-MJC

Parminder Kaur Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke Page 1 of 3
Date Rcvd: Nov 29, 2022 Form ID: pdf002 Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Parminder Kaur, 427 Turnberry Lane, Hazle Township, PA 18202-9602 |
| 5502555 | + | AmEx/Citibank, NA, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 5502556 | + | Andrews Federal Credit Union, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 5502562 | + | DMI Andrews Federal Credit, 1 Corporate Dr, Suite 360, Lake Zurich, IL 60047-8945 |
| 5502564 | + | Engs Financing, One Pierce Place, Suite 1100 W, Itasca, IL 60143-3149 |
| 5502566 | + | Foursome Group, LLC, 360 Kidder Street, Suite 5, Wilkes-Barre, PA 18702-5619 |
| 5502568 | + | PA Dep't of Labor and Industry, Office of Chief Counsel, Scranton Regional Office, 100 Lackawanna Avenu, Scranton, PA 18503-1904 |
| 5502578 | + | WF/Bobs Discount Furn, PO Box 14517, CBS MAC F8235-01C, Des Moines, IA 50306-3517 |
| 5502577 | + | Wells Fargo Card Services, PO Box 14525, Des Moines, IA 50306-3525 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 29 2022 18:44:04 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2022 18:44:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5502827 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 29 2022 18:44:11 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5507980 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 29 2022 18:44:11 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5502557 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 29 2022 18:40:00 | Bank of America, 4060 Ogletown/Stanton Rd, DES-019-03-07, Newark, DE 19713 |
| 5502558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 18:44:05 | BestBuy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5503823 | | Email/Text: BKPT@cfna.com | Nov 29 2022 18:40:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 5502559 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 29 2022 18:44:16 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5502560 | + | Email/Text: BKPT@cfna.com | Nov 29 2022 18:40:00 | Credit First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 5502561 | | Email/Text: mrdiscen@discover.com | Nov 29 2022 18:40:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5503522 | | Email/Text: mrdiscen@discover.com | Nov 29 2022 18:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5502565 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 29 2022 18:40:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5504776 | | Email/Text: collecadminbankruptcy@fnni.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 29 2022 18:40:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5502567 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2022 18:44:15 | JPMCB Card Services, 301 N. Walnut St, Floor 09, Wilmington, DE 19801 |
| 5505845 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 29 2022 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5502569 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:02 | SYNCB / Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5502570 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:02 | SYNCB/Sam/s Club DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5502601 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 29 2022 18:44:02 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5502571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2022 18:44:12 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 5502573 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 29 2022 18:40:00 | Toyota Motor Credit Corp., 19001 South Western Avenue, Torrance, CA 90509 |
| 5502572 | | Email/Text: bankruptcy@huntington.com | Nov 29 2022 18:40:00 | The Huntington Nat'l Bank, PO Box 182232, GW1W34, Columbus, OH 43218-2232 |
| 5502574 | | Email/Text: legal@tabbank.com | Nov 29 2022 18:40:00 | Transportation Alliance Bank, Inc., 4185 Harris Blvd., Ogden, UT 84403 |
| 5502575 | + | Email/Text: bankruptcy@bbandt.com | Nov 29 2022 18:40:00 | Truist Bank, PO Box 2306, Wilson, NC 27894-2306 |
| 5502576 | + | Email/Text: bankruptcy@bbandt.com | Nov 29 2022 18:40:00 | Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 5502563 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 29 2022 18:40:00 | Elan Financial Services, PO Box 108, St. Louis, MO 63166-0108 |
| 5503801 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 29 2022 18:44:11 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 5504641 | + | Email/Text: pasi_bankruptcy@chs.net | Nov 29 2022 18:40:00 | Wilkes-Barre General Hospital c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5503259 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5505846 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5505847 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2022              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Andrews Federal Credit Union bnicholas@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 1 Parminder Kaur zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Andrews Federal Credit Union mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
**PARMINDER KAUR,**

Debtors

CHAPTER 13

CASE NO. **5:22-bk-02___**

_X_ ORIGINAL PLAN
___ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.)
___ Number of Motions to Avoid Liens
___ Number of Motions to Value Collateral

## CHAPTER 13 PLAN

### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☒ Included | ☐ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included | ☒ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☒ Not Included |

### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid **$ 0** (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is **$_____**, plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| **11/2022** | **10/2025** | **$ 425** | N/A | **$ 425** | **$ 15,300** |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $ 15,300 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    4. CHECK ONE: ( X ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

**B. Additional Plan Funding From <u>Liquidation of Assets/Other</u>**

1. The Debtor estimates that the liquidation value of this estate is **$ 6,492.73**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

  X   No assets will be liquidated. *If this line is checked, the rest of § 1.B need not be completed or reproduced.*

**2. SECURED CLAIMS.**

    **A. <u>Pre-Confirmation Distributions</u>.** *Check one.*

  X   None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

    **B. <u>Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor</u>.** *Check one.*

      None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

  _X_ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| **DMI Andrews Federal Credit** | **Debtor's Residence at 427 Turnberry Lane, Hazle Township, Luzerne County, PA** | 7951 |
| **Andrews Federal Credit Union** | **Debtor's Residence (2nd Mortgage)** | 0000 |
| **Toyota Motor Credit** | **2010** | 0001 |
| **Engs Financing** | **2018 Freightliner Cascadia (Paid by J Speed Cargo, LLC)** | 3478 |
| **Transportation Alliance Bank, Inc.** | **2018 Freightliner Cascadia (Paid by J Speed Cargo, LLC)** | 7322 |

  **C. <u>Arrears, including, but not limited to, claims secured by Debtor's principal residence</u>.** *Check one.*

 _X_ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

  **D. <u>Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)</u>**

 _X_ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

  **E. <u>Secured claims for which a § 506 valuation is applicable</u>.** *Check one.*

 _X_ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

  **F. <u>Surrender of Collateral</u>.** *Check one.*

 ___ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

  __X__     The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
| The Huntington Nat'l Bank | All property of J & S Enterprises, LLC |
| Foursome Group, LLC | Leasehold interest of J & S Enterprises, LLC |

  G.  **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

  __X__  None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

**3.    PRIORITY CLAIMS.**

  A.  **Administrative Claims**

1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney's fees. Complete only one of the following options:

   a. In addition to the retainer of **$ 960** already paid by the Debtor, the amount of **$4,540** in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

   b. $_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

   __X__  None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

B. **Priority Claims (including certain Domestic Support Obligations)**.

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

 X   None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. UNSECURED CLAIMS

A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

 X   None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

 ___  None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

 X   The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Creditor | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| **Foursome Group, LLC** | **Commercial lease** |  |  |  | $ 0 | **Reject** |
| **Green Earth Cleaning** | **Dry cleaning support contract for J&S Enterprise** |  |  |  | $ 0 | **Reject** |
| **Lapels** | **Franchise agreement for J&S Enterprise** |  |  |  | $ 0 | **Reject** |

5

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*

   ___ plan confirmation.
   _X_ entry of discharge.
   ___ closing of case:

7. **DISCHARGE: (Check one)**

   (X) The debtor will seek a discharge pursuant to § 1328(a).
   ( ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

| Level 1 | Adequate protection payments | $ -0- | |
|---------|------------------------------|-------|---|
| Level 2 | Debtor's attorney's fees. | $ 4,540 | |
| Level 3 | Domestic Support Obligations | $ -0- | |
| Level 4 | Priority claims, pro rata | $ -0- | |
| Level 5 | Secured claims, pro rata | $ -0- | |
| Level 6 | Specially classified unsecured claims | $ -0- | |
| Level 7 | General unsecured claims | $ 9,460 | |
| Level 8 | Untimely filed unsecured claims to which the debtor(s) has/have not objected. | $ -0- | |
| | Subtotal | | $ 14,000 |
| | Trustee Commission (Estimated at 8.5%) | $ 1,300 | |
| | Total | | $ 15,300 |

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

9. **NONSTANDARD PLAN PROVISIONS**

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

6

**A.** This Plan contains 1) a chart in Section 8, above, that contains estimated distributions to each class of creditors, in addition to all other items required by the Model Plan; and 2) no signature line for a joint debtor, as there is none.

Dated: October 21, 2022         /s/ J. Zac Christman
                                J. Zac Christman, Esquire, Attorney for Debtor


                                /s/ Parminder Kaur
                                **PARMINDER KAUR,** Debtor


By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.