United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02052-MJC |
| Parminder Kaur | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jan 18, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5502572 | Email/Text: bankruptcy@huntington.com | Jan 18 2023 18:43:00 | The Huntington Nat'l Bank, PO Box 182232, GW1W34, Columbus, OH 43218-2232 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Andrews Federal Credit Union bnicholas@kmllawgroup.com |
| Eugene C Kelley | on behalf of Creditor Foursome Group LLC ekelley@kpwslaw.com abartoli@kpwslaw.com |
| J. Zac Christman | on behalf of Debtor 1 Parminder Kaur zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor Andrews Federal Credit Union mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PARMINDER KAUR | : | |
| | : | |
| | : | CASE NO. 5:22-bk-02052-MJC |
| Debtor | : | |

| | | |
|---|---|---|
| FOURSOME GROUP, LLC, | : | |
| Movant | : | Motion for Relief from the |
| v. | : | Co-Debtor Stay |
| | : | |
| PARMINDER KAUR, | : | |
| Respondent | : | |
| | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| Trustee | : | |

## **ORDER**

Upon consideration of the attached motion, Dkt. # 26, it is **ORDERED** and **DECREED** that:

Foursome Group, LLC, is hereby granted relief from the Co-debtor Stay to enforce its rights under the written lease agreement entered into on April 1, 2021, by taking possession of the leasehold by and between Foursome Group, LLC, as landlord, and J&S Enterprise, LLC, as tenant, and to pursue its rights as Landlord with respect to certain equipment owned by Co-Debtor J&S Enterprises, LLC at its leasehold located at 360 Kidder Street, #4, Wilkes-Barre, Pennsylvania.

**FURTHER ORDERED** that the relief granted by this Order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Fed. R. Bankr. P. 4001(a)(3).

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 18, 2023