LOCAL BANKRUPTCY FORM 9013-4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

PARMINDER KAUR,

**Debtor(s)**

TOYOTA MOTOR CREDIT CORPORATION,

**Plaintiff(s)/Movant(s)**
vs.
PARMINDER KAUR, and
JACK N ZAHAROPOULOS, Trustee,

**Defendant(s)/Respondent(s)**

CHAPTER: 13

CASE NO. 5-22-bk-02052

ADVERSARY NO. __-__-ap-_____
(if applicable)

Nature of Proceeding: Motion for Relief from the Automatic Stay

Document #: 33, 35

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

The parties request a continuance to confirm the Debtor's payment have been have been credited

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: April 13, 2023

/s/ Keri P. Ebeck

Attorney for Toyota Motor Credit Corporation
Name: Keri P. Ebeck
Phone Number: (412) 456-8112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.