UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No: 5:22-BK-02052 |
| Parminder Kaur | ) | |
| | ) | |
| Debtors, | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | Judge Mark J. Conway |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF CREDITOR, THE HUNTINGTON NATIONAL BANK

1. Now come the undersigned attorneys of the law firm of **BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC** and hereby enter their appearance and request for notice as counsel of record on behalf of the Creditor, The Huntington National Bank ("Huntington"), in the above-captioned bankruptcy proceeding.

2. Huntington requests that all notices of hearings and pleadings in the above-captioned proceeding also be sent to the undersigned at the following address:

Christopher J. Niekamp, Esq.
**BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC**
3800 Embassy Parkway, Suite 300
Akron, OH 44333

3. This Notice of Appearance and Request for all notice of hearings and pleadings is submitted pursuant to Bankruptcy Rules 2002 and 2003.

Respectfully submitted,

By: */s/ Christopher J. Niekamp*
Christopher J. Niekamp (308400)
Buckingham, Doolittle & Burroughs, LLC

3800 Embassy Parkway, Suite 300
Akron, Ohio 44333-8398
Telephone:	(330) 258-6470
Fax:	(330) 258-6559
Email: CNiekamp@bdblaw.com

*Counsel for The Huntington National Bank*

# CERTIFICATE OF SERVICE

The undersigned certifies that on May 9, 2023, a true copy of the foregoing *Notice of Appearance of Counsel for Creditor, The Huntington National Bank*, was served via the Court's electronic case filing system on the attorneys who are listed on the Court's Electronic Mail Notice List:

J. Zac Christman
On behalf of Debtor Parminder Kaur zac@fisherchristman.com

Keri P. Ebeck
On behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com

Michael Patrick Farrington
On behalf of Creditor Andrews Federal Credit Union mfarrington@kmllawgroup.com

Eugene C. Kelley
On behalf of Creditor Foursome Group LLC ekelly@kpwslaw.com

Brian Nicholas
On behalf of Creditor Andrews Federal Credit Union bnicholas@kmllawgroup.com


By: */s/ Christopher J. Niekamp*
Christopher J. Niekamp (308400)

4875-9249-2887, v. 2