IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>PARMINDER KAUR,<br><br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br><br>    Movant,<br><br>        V.<br><br>PARMINDER KAUR, and<br>JACK N ZAHAROPOULOS, Trustee,<br>    Respondents. | Bankruptcy No. 5:22-bk-02052-MJC<br><br>Chapter 13<br><br>Doc. No. 33, 35, 36, 37 |

**ORDER OF COURT**

Upon consideration of the referenced Motion for a Continuation of the Motion for Relief from Stay hearing (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED; the Motion for Relief from Stay hearing is continued to Thursday, June 8, 2023 at 10:00 AM, Max Rosenn US Courthouse, 197 S. Main Street, Wilkes-Barre, PA; and,

FURTHER ORDERED that the automatic stay shall remain in effect through the conclusion of the continued hearing.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 12, 2023