United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-02052-MJC |
| Parminder Kaur | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jul 20, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5502572 | Email/Text: bankruptcy@huntington.com | Jul 20 2023 18:43:00 | The Huntington Nat'l Bank, PO Box 182232, GW1W34, Columbus, OH 43218-2232 |

TOTAL: 1

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Andrews Federal Credit Union bnicholas@kmllawgroup.com |
| Christopher Niekamp | on behalf of Creditor The Huntington National Bank cniekamp@bdblaw.com |
| Eugene C Kelley | on behalf of Creditor Foursome Group LLC ekelley@kpwslaw.com abartoli@kpwslaw.com |
| J. Zac Christman | on behalf of Debtor 1 Parminder Kaur zac@fisherchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com;kebeck@ecf.courtdrive.com |
| Michael Patrick Farrington | on behalf of Creditor Andrews Federal Credit Union mfarrington@kmllawgroup.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| PARMINDER KAUR | : CASE NO. 5-22-bk-02052-MJC |
| Debtor | : |
| JACK N. ZAHAROPOULOS, TRUSTEE | : |
| vs. | : |
| THE HUNTINGTON NATIONAL BANK | : |
| Claimant | : |

## ORDER

Upon consideration of the Trustee's Objection to Claim No. 27 of The Huntington National Bank, Dkt. # 49 ("Objection"), and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

**ORDERED** that Claim No. 27 of The Huntington National Bank shall be deemed untimely filed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 20, 2023