UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **PARMINDER KAUR**, | : | **Chapter 13** |
| Debtor(s), | : | Case No. **5:22-bk-02052-MJC** |
| | : | |
| **ANDREWS FEDERAL CREDIT UNION**, | : | |
| Movant, | : | **Motion for** |
| v. | : | **Relief from Stay** |
| **PARMINDER KAUR, HARINDER SINGH** and | : | |
| **JACK N. ZAHAROPOULOS, TRUSTEE**, | : | |
| Respondent(s), | : | |

ANSWER TO MOTION OF
ANDREWS FEDERAL CREDIT UNION FOR RELIEF FROM STAY

AND NOW COMES Debtor(s) **PARMINDER KAUR**, by and through their attorneys, J. ZAC CHRISTMAN, ESQUIRE, and in Answer to the Motion of **ANDREWS FEDERAL CREDIT UNION** for Relief from Stay aver(s):

1. Admitted.

2. Denied. Debtor is the sole owner of 427 Turnberry Lane, Hazle Township, PA. Harinder Singh is deceased.

3. Admitted in part and Denied in part. Upon information and belief, the Trustee was appointed by the United States Trustee.

4. Denied to the extent the documents referenced (Exhibits A, B and C) do not speak for themselves.

5. Denied to the extent the averments of paragraph 5 are other than a statement or conclusion of law or misplaced request for relief.

6. Denied. See response to paragraph 2, above.

7. Admitted. Debtor believed that automatic payments were being taken from her bank account, because Andrews Federal Credit Union does take automatic payments on her

second mortgage. The payment on the second mortgage is now $772.53 due to a significant increase in the variable interest rate.

8. Denied. Upon information and belief, $86.18 placed in suspense after Debtor's payment received by Movant on January 19, 2023, should be credited to the $9,682.92 to reduce that balance.

9. Denied. Movant is adequately protected by an equity buffer, the payments made, and future payments, which Debtor will resume making with the January 1, 2024, payment. Debtor hopes to resolve this Motion via a Modified Plan.

10. Denied. Debtor lacks sufficient information and belief as to any attorneys fees charged, and believes such could have been avoided had Movant communicated direct with Debtor or her attorney.

11. Denied to the extent the averments of paragraph 5 are other than a statement or conclusion of law or misplaced request for relief.

WHEREFORE, Debtor(s) **PARMINDER KAUR** respectfully pray(s) this Honorable Court for an Order than the Motion of **ANDREWS FEDERAL CREDIT UNION** for Relief from Stay be Denied, or, in the alternative, that the Stay be conditioned on continuing future payments, and for such other and further relief as the Honorable Court deems just and appropriate.

Respectfully Submitted,

/s/ J. Zac Christman
J. Zac Christman, Esquire
Attorney for Debtor(s)
556 Main Street, Suite 12
Stroudsburg, PA 18360
(570) 234-3960, fax: (570) 234-3975
zac@jzacchristman.com