United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 22-02052-MJC
Parminder Kaur     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Apr 10, 2024     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

**Recip ID**     **Recipient Name and Address**
+   Harinder Singh, 427 Turnberry Lane, Hazle Township, PA 18202-9602

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:

**Name**     **Email Address**

Christopher Niekamp
    on behalf of Creditor The Huntington National Bank cniekamp@bdblaw.com

Eugene C Kelley
    on behalf of Creditor Foursome Group LLC ekelley@kpwslaw.com abartoli@kpwslaw.com;emk@kpwslaw.com

J. Zac Christman
    on behalf of Debtor 1 Parminder Kaur zac@jzacchristman.com office@fisherchristman.com

Jack N Zaharopoulos
    TWecf@pamd13trustee.com

Keri P Ebeck
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Michael Patrick Farrington
    on behalf of Creditor Andrews Federal Credit Union mfarrington@kmllawgroup.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Parminder Kaur<br>　　　　　　Debtor(s)<br><br>Andrews Federal Credit Union<br>　　　　　　Movant<br>　　vs.<br><br>Parminder Kaur<br>　　　　　　Debtor(s)<br><br>Jack N Zaharopoulos<br>　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 22-02052-MJC<br><br><br><br>11 U.S.C. Section 362 |

**ORDER**

Upon consideration of the Stipulation filed at Dkt. # 61 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED** as to the signatories of the Stipulation. As the Co-Debtor has not executed the Stipulation, no relief is entered as to the Co-Debtor..

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: April 10, 2024