IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: **Parminder Kaur,** : **Chapter 13**
Debtor(s), : Case No. **5:22-bk-02052-MJC**

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

AND NOW, upon consideration of the Motion to Modify Confirmed Plan, the Second Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Motion to Modify Confirmed Plan is GRANTED. It is further **ORDERED** that the amendments in the Second Amended Chapter 13 Plan filed in conjunction with the Motion to Modify Confirmed Plan are hereby APPROVED as the Confirmed Chapter 13 Plan, as Modified.