Certificate Number: 17082-PAM-DE-040357741

Bankruptcy Case Number: 22-02052


17082-PAM-DE-040357741

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 28, 2025, at 5:54 o'clock PM MST, PARMINDER KAUR completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 28, 2025  By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director