| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | PARMINDER KAUR |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case number | 22-02052 |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1: Mortgage Information

**Name of claim holder:** NATIONSTAR MORTGAGE

**Court claim no.** (if known): 23

**Last 4 digits** of any number you use to identify the debtor's account: 0 4 4 7

**Property address:** 427 TURNBERRY LANE
Number  Street

HAZLE TOWNSHIP   PA   18202
City                State   ZIP Code

### Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 1,012.95 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,012.95 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ 13,096.43 |
| d. Total amount of arrearages disbursed by the trustee: | $ 14,109.38 |

# Part 4: Postpetition Payments

*Check one:*

❑ Postpetition payments are made by the debtor.

❑ Postpetition payments are paid through the trustee.

❑ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

# Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ _____

# Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/Donna Schott, Funds Manager  Date 12/23/2025
Signature

Trustee: Jack N Zaharopoulos
First Name / Middle Name / Last Name

Address: 8125 Adams Drive, Suite A
Number / Street

Hummelstown   PA   17036
City / State / ZIP Code

Contact phone: (717) 566-6097   Email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 22-02052     PARMINDER KAUR

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX 75261-9741

Acct No: 0447 - PRE-ARREARS - Turnbe

ARREARS - 427 TURNBERRY LANE

Sequence: 24
Modify:
Filed Date:
Hold Code:

| | | | Debt: | $1,012.95 | Interest Paid: | $0.00 |
| Amt Sched: | | $181,541.00 | | | Accrued Int: | $0.00 |
| Amt Due: | | $0.00 | Paid: | $1,012.95 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 09/16/2025 | 2051632 | $36.47 | $0.00 | $36.47 | 09/25/2025 |
| 520-0 | ANDREWS FEDERAL CREDIT UNION | | 02/14/2024 | 2033141 | $723.64 | $0.00 | $723.64 | 02/23/2024 |
| 520-0 | ANDREWS FEDERAL CREDIT UNION | | 01/12/2024 | 2032254 | $235.76 | $0.00 | $235.76 | 01/25/2024 |
| 520-0 | ANDREWS FEDERAL CREDIT UNION | | 12/19/2023 | 2031301 | $17.08 | $0.00 | $17.08 | 01/02/2024 |

Sub-totals: $1,012.95    $0.00    $1,012.95

Grand Total: $1,012.95    $0.00

# Disbursements for Claim

**Case:** 22-02052    PARMINDER KAUR

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX  75261-9741

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 0447 - Post Arrears- Turnberr

POST ARREARS- 427 TURNBERRY LANE- ADDED 2ND AP 5/2024

|  |  |  |
|---|---|---|
| Amt Sched: $0.00 | Debt: $13,096.43 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $13,096.43 | Accrued Int: $0.00 |
|  |  | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5220** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 522-0 | NATIONSTAR MORTGAGE | | 09/16/2025 | 2051632 | $974.03 | $0.00 | $974.03 | 09/25/2025 |
| 522-0 | NATIONSTAR MORTGAGE | | 08/18/2025 | 2050665 | $1,928.00 | $0.00 | $1,928.00 | 08/27/2025 |
| 522-0 | NATIONSTAR MORTGAGE | | 07/22/2025 | 2049699 | $1,446.00 | $0.00 | $1,446.00 | 07/31/2025 |
| 522-0 | NATIONSTAR MORTGAGE | | 06/17/2025 | 2048711 | $1,735.20 | $0.00 | $1,735.20 | 06/27/2025 |
| 522-0 | NATIONSTAR MORTGAGE | | 05/14/2025 | 2047742 | $1,196.00 | $0.00 | $1,196.00 | 05/27/2025 |
| 522-0 | NATIONSTAR MORTGAGE | | 04/14/2025 | 2046800 | $552.00 | $0.00 | $552.00 | 04/22/2025 |
| 522-0 | NATIONSTAR MORTGAGE | | 03/18/2025 | 2045912 | $1,150.00 | $0.00 | $1,150.00 | 03/28/2025 |
| 522-0 | NATIONSTAR MORTGAGE | | 01/15/2025 | 2044016 | $1,150.00 | $0.00 | $1,150.00 | 01/28/2025 |
| 522-0 | NATIONSTAR MORTGAGE | | 12/17/2024 | 2043065 | $1,150.00 | $0.00 | $1,150.00 | 01/02/2025 |
| 522-0 | NATIONSTAR MORTGAGE | | 10/23/2024 | 2041156 | $1,159.20 | $0.00 | $1,159.20 | 11/05/2024 |
| 522-0 | NATIONSTAR MORTGAGE | | 09/17/2024 | 2040162 | $331.20 | $0.00 | $331.20 | 09/27/2024 |
| 522-0 | ANDREWS FEDERAL CREDIT UNION | | 08/07/2024 | 2038732 | $324.80 | $0.00 | $324.80 | 08/27/2024 |

Sub-totals: $13,096.43    $0.00    $13,096.43

Grand Total: $13,096.43    $0.00