| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | PARMINDER KAUR |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case number | 22-02052 |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made   12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** ANDREWS FEDERAL CREDIT UNION

**Court claim no.** (if known): 26

**Last 4 digits** of any number you use to identify the debtor's account: 8 3 8 5

**Property address:** 427 TURNBERRY LANE
Number    Street

HAZLE TOWNSHIP,    PA    18202
City    State    ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 375.19 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 375.19 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 375.19 |

Official Form 410C13-N    Trustee's Notice of Disbursements Made    page 1

Case 5:22-bk-02052-MJC    Doc 87    Filed 12/23/25    Entered 12/23/25 10:34:45    Desc
Main Document    Page 1 of 3

| Part 4: | Postpetition Payments |
|---|---|

*Check one:*

❏ Postpetition payments are made by the debtor.

❏ Postpetition payments are paid through the trustee.

❏ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| Part 5: | Postpetition Fees, Expenses, and Charges |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

| Part 6: | A Response Is Required by Bankruptcy Rule 3002.1(g)(3) |
|---|---|

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/Donna Schott, Funds Manager         Date  12/23/2025
Signature

Trustee: Jack N Zaharopoulos
First Name / Middle Name / Last Name

Address: 8125 Adams Drive, Suite A
Number  Street

Hummelstown    PA    17036
City           State  ZIP Code

Contact phone (717) 566 – 6097            Email info@pamd13trustee.com

# Disbursements for Claim

**Case:** 22-02052     **PARMINDER KAUR**

**ANDREWS FEDERAL CREDIT UNION**
5711 ALLENTOWN ROAD
SUITLAND, MD  20748-

Sequence: 24
Modify:
Filed Date:
Hold Code:

Acct No: 8385 - PRE-ARREARS - Turnbe
ARREARS - 427 TURNBERRY LANE

|  |  |  |
|---|---|---|
| Amt Sched: $88,542.00 | Debt: $375.19 | Interest Paid: $0.00 |
|  |  | Accrued Int: $0.00 |
| Amt Due: $0.00 | Paid: $375.19 | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| 5210 | **ANDREWS FEDERAL CREDIT UNION** | | | | | | | |
| 521-0 | ANDREWS FEDERAL CREDIT UNION | | 09/16/2025 | 2051154 | $13.51 | $0.00 | $13.51 | 09/19/2025 |
| 521-0 | ANDREWS FEDERAL CREDIT UNION | | 02/14/2024 | 2033140 | $268.04 | $0.00 | $268.04 | 02/20/2024 |
| 521-0 | ANDREWS FEDERAL CREDIT UNION | | 01/12/2024 | 2032253 | $93.64 | $0.00 | $93.64 | 01/19/2024 |
| | | | | Sub-totals: | $375.19 | $0.00 | $375.19 | |
| | | | | Grand Total: | $375.19 | $0.00 | | |