United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                         Case No. 22-02052-MJC

Parminder Kaur                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                   User: AutoDocke                                                 Page 1 of 4
Date Rcvd: Jan 02, 2026                         Form ID: 3180W                                              Total Noticed: 54

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Parminder Kaur, 427 Turnberry Lane, Hazle Township, PA 18202-9602 |
| cr | + | Foursome Group LLC, c/o Eugene C Kelley, Esquire, 259 S. Keyser Avenue, Old Forge, PA 18518-1176 |
| cr | + | The Huntington National Bank, 3800 Embassy Parkway, Suite 300, Buckington, Doolittle & Burroughs, LLC, Akron, OH 443338398 UNITED STATES 44333-8398 |
| 5539257 | + | Christopher J. Niekamp, 3800 Embassy Parkway, Suite 300, Akron, OH 44333-8398 |
| 5502562 | + | DMI Andrews Federal Credit, 1 Corporate Dr, Suite 360, Lake Zurich, IL 60047-8945 |
| 5502564 | + | Engs Financing, One Pierce Place, Suite 1100 W, Itasca, IL 60143-3149 |
| 5508840 | + | FOURSOME GROUP, LLC, 360 KIDDER STREET, WILKES-BARRE PA 18702-5619 |
| 5502566 | + | Foursome Group, LLC, 360 Kidder Street, Suite 5, Wilkes-Barre, PA 18702-5619 |
| 5502568 | + | PA Dep't of Labor and Industry, Office of Chief Counsel, Scranton Regional Office, 100 Lackawanna Avenu, Scranton, PA 18503-1904 |
| 5502574 | | Transportation Alliance Bank, Inc., 4185 Harris Blvd., Ogden, UT 84403 |
| 5502578 | + | WF/Bobs Discount Furn, PO Box 14517, CBS MAC F8235-01C, Des Moines, IA 50306-3517 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 03 2026 00:01:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5502827 | + | EDI: AISACG.COM | Jan 03 2026 00:01:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5512740 | + | EDI: AISACG.COM | Jan 03 2026 00:01:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5502555 | + | EDI: CITICORP | Jan 03 2026 00:01:00 | AmEx/Citibank, NA, 9111 Duke Blvd., Mason, OH 45040-8999 |
| 5502556 | + | Email/Text: bankrupt@andrewsfcu.org | Jan 02 2026 19:02:00 | Andrews Federal Credit Union, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 5507980 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2026 19:12:02 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5502557 | | EDI: BANKAMER | Jan 03 2026 00:01:00 | Bank of America, 4060 Ogletown/Stanton Rd, DES-019-03-07, Newark, DE 19713 |
| 5510477 | | EDI: BANKAMER | Jan 03 2026 00:01:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 5502558 | + | EDI: CITICORP | Jan 03 2026 00:01:00 | BestBuy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5503823 | | EDI: CRFRSTNA.COM | Jan 03 2026 00:01:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 5502559 | + | EDI: CAPITALONE.COM | | |

| Recipient | Method | Date/Time | Name/Address |
|---|---|---|---|
| | | Jan 03 2026 00:01:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5513160 | EDI: CITICORP | Jan 03 2026 00:01:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5502560 | + EDI: CRFRSTNA.COM | Jan 03 2026 00:01:00 | Credit First, 6275 Eastland Road, Brookpark, OH 44142-1399 |
| 5502561 | EDI: DISCOVER | Jan 03 2026 00:01:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850 |
| 5513665 | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 02 2026 19:02:00 | Andrews Federal Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5503522 | EDI: DISCOVER | Jan 03 2026 00:01:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5502565 | Email/Text: collecadminbankruptcy@fnni.com | Jan 02 2026 19:02:00 | FNB Omaha, PO Box 3412, Omaha, NE 68197 |
| 5504776 | Email/Text: collecadminbankruptcy@fnni.com | Jan 02 2026 19:02:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5512956 | EDI: JEFFERSONCAP.COM | Jan 03 2026 00:01:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 5502567 | + EDI: JPMORGANCHASE | Jan 03 2026 00:01:00 | JPMCB Card Services, 301 N. Walnut St, Floor 09, Wilmington, DE 19801-3971 |
| 5505845 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 02 2026 19:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5508694 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2026 19:12:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5511893 | Email/Text: jfeinstein@mhccna.com | Jan 02 2026 19:02:00 | Engs Commercial Finance Co., One Pierce Place, Suite 1100 West, Itasca, IL 60143 |
| 5651441 | Email/Text: nsm_bk_notices@mrcooper.com | Jan 02 2026 19:02:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5651442 | Email/Text: nsm_bk_notices@mrcooper.com | Jan 02 2026 19:02:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 5513707 | EDI: PRA.COM | Jan 03 2026 00:01:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5502569 | + EDI: SYNC | Jan 03 2026 00:01:00 | SYNCB / Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5502570 | + EDI: SYNC | Jan 03 2026 00:01:00 | SYNCB/Sam/s Club DC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5502601 | + EDI: AIS.COM | Jan 03 2026 00:01:00 | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5502571 | + EDI: CITICORP | Jan 03 2026 00:01:00 | THD/CBNA, One Court Square, Long Island City, NY 11120-0001 |
| 5502572 | Email/Text: bankruptcy@huntington.com | Jan 02 2026 19:02:00 | The Huntington Nat'l Bank, PO Box 182232, GW1W34, Columbus, OH 43218-2232 |
| 5502573 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 02 2026 19:02:00 | Toyota Motor Credit Corp., 19001 South Western Avenue, Torrance, CA 90501 |
| 5511638 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 02 2026 19:02:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5502575 | + Email/Text: bankruptcy@bbandt.com | Jan 02 2026 19:02:00 | Truist Bank, PO Box 2306, Wilson, NC 27894-2306 |
| 5502576 | + Email/Text: bankruptcy@bbandt.com | Jan 02 2026 19:02:00 | Truist Bank, PO Box 1847, Wilson, NC |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5512189 | + | Email/Text: bankruptcy@bbandt.com | Jan 02 2026 19:02:00 | 27894-1847 Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 5513740 | | EDI: USBANKARS.COM | Jan 03 2026 00:01:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 5502563 | | EDI: USBANKARS.COM | Jan 03 2026 00:01:00 | Elan Financial Services, PO Box 108, St. Louis, MO 63166-0108 |
| 5511839 | | EDI: WFCCSBK | Jan 03 2026 00:01:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5503801 | + | EDI: WFCCSBK | Jan 03 2026 00:01:00 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 5511850 | | EDI: WFCCSBK | Jan 03 2026 00:01:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5502577 | + | EDI: WFFC | Jan 03 2026 00:01:00 | Wells Fargo Card Services, PO Box 14525, Des Moines, IA 50306-3525 |
| 5504641 | + | Email/Text: pasi_bankruptcy@chs.net | Jan 02 2026 19:02:00 | Wilkes-Barre General Hospital c/o PASI, PO Box 188, Brentwood, TN 37024-0188 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5503259 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5505846 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5505847 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5513464 | *+ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2026  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2026 at the address(es) listed

**below:**

| Name | Email Address |
|---|---|
| Christopher Niekamp | on behalf of Creditor The Huntington National Bank cniekamp@bdblaw.com |
| Christopher A DeNardo | on behalf of Creditor Andrews Federal Credit Union logsecf@logs.com cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Eugene C Kelley | on behalf of Creditor Foursome Group LLC eck@kelleylawyer.com abartoli@kpwslaw.com;emk@kpwslaw.com |
| J. Zac Christman | on behalf of Debtor 1 Parminder Kaur zac@jzacchristman.com office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Keri P Ebeck | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Parminder Kaur<br>First Name　Middle Name　Last Name | Social Security number or ITIN　xxx–xx–6428<br>EIN　\_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name　Middle Name　Last Name | Social Security number or ITIN　\_ \_ \_ \_<br>EIN　\_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:22–bk–02052–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Parminder Kaur

1/2/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Case 5:22-bk-02052-MJC    Doc 90    Filed 01/04/26    Entered 01/05/26 00:14:27    Desc
            Imaged Certificate of Notice    Page 6 of 7

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**