**Fill in this information to identify the case:**

Debtor 1 _Parminder Kaur_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _Middle_ District of _Pennsylvania_
(State)

Case number _5:22-bk-02052-MJC_

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

### Part 1: Mortgage Information

Name of claim holder: **Nationstar Mortgage LLC**

Court claim no. (if known): _23_

**Last 4 digits** of any number you use to identify the debtor's account: ******0447

Property address: _427 Turnberry Ln_
Number    Street

_____

_Hazle Township_    _PA_    _18202_
City    State    ZIP Code

### Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ _14,109.38_ .

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this notice: $ _____ .

☐ The amount required to cure any postpetition arrearage has been paid in full.

☒ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this notice: $ _5,306.77_ .

(a) *Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____11/01/2025_.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | | |
| --- | --- | --- |
| i. | Date last payment was received on the mortgage: | 12/22/2025 |
| ii. | Date next postpetition payment from the debtor is due: | 11/01/2025 |
| iii. | Amount of the next postpetition payment that is due: | $ 1,851.19 |
| iv. | Unpaid principal balance of the loan: | $ 170,104.82 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 2,633.28 |
| vi. | Balance of the escrow account: | $ 47.02 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 103.68 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

| Part 4 | Itemized Payment History |
| --- | --- |

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ */s/ Shawn Miller*
Signature     Date   1/20/2026

Name    **Shawn Miller**
First name     Middle name     Last name

Title    **Agent for Creditor**

Company    **Aldridge Pite, LLP**
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    **Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700**
Number     Street

**Atlanta**        **GA**    **30305**
City        State    ZIP Code

Contact phone   (404 ) 994-7400          Email shawnmiller@aldridgepite.com

| Debtor | Parminder Kaur |
|---|---|
| BK filed date | 10/21/2022 |
| BK Case # | 22-02052 |
| Post Next Due | **11/01/25** |
| Suspense | $103.68 |

| Filed POC - First Post Payment | | **11/1/2022** | $ 1,613.82 |
|---|---|---|---|
| Payment Changes | Filed Date | Effective Date | Amount |
| Escrow | 11/16/2023 | 1/1/2024 | $ 1,707.17 |
| Escrow | 12/5/2024 | 1/1/2025 | $ 1,779.63 |
| Escrow | 12/8/2025 | 1/1/2026 | $ 1,851.19 |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |
| | | | $ - |

| | Amount Due | Date | Suspense |
|---|---|---|---|
| Next Due | $ 1,851.19 | 11/1/2025 | $ 103.68 |

| Date Received | Amount Received | | Amount Due | Post-Petition Due date | Suspense Balance |
|---|---|---|---|---|---|
| -- | $ - | | $ - | | $ - |
| 11/10/2022 | $ 1,613.82 | | $ - | | $ 1,613.82 |
| 11/11/2022 | $ - | | $ 1,613.82 | 11/1/2022 | $ - |
| 12/15/2022 | $ 1,613.82 | | $ - | | $ 1,613.82 |
| 12/22/2022 | $ - | | $ 1,613.82 | 12/1/2022 | $ - |
| 1/19/2023 | $ 1,700.00 | | $ - | | $ 1,700.00 |
| 1/20/2023 | $ - | | $ 86.18 | $ - | $ 1,613.82 |
| 1/20/2023 | $ - | | $ 1,613.82 | 1/1/2023 | $ - |
| 4/4/2023 | $ 4,841.46 | | $ - | | $ 4,841.46 |
| 4/5/2023 | $ - | | $ 1,613.82 | 2/1/2023 | $ 3,227.64 |
| 4/5/2023 | $ - | | $ 1,613.82 | 3/1/2023 | $ 1,613.82 |
| 4/5/2023 | $ - | | $ 1,613.82 | 4/1/2023 | $ - |
| 6/5/2023 | $ 3,227.64 | | $ - | | $ 3,227.64 |
| 6/12/2023 | $ - | | $ 1,613.82 | 5/1/2023 | $ 1,613.82 |
| 6/12/2023 | $ - | | $ 1,613.82 | 6/1/2023 | $ - |
| -- | $ - | | $ - | | $ - |
| 1/8/2024 | $ 1,708.00 | | $ - | | $ 1,708.00 |
| 1/9/2024 | $ - | | $ 1,613.82 | 7/1/2023 | $ 94.18 |
| -- | $ - | | $ - | | $ 94.18 |
| -- | $ - | | $ - | | $ - |
| -- | $ - | | $ - | | $ - |
| 6/13/2024 | $ 1,708.00 | | $ - | | $ 1,708.00 |
| 6/17/2024 | $ - | | $ 1,707.17 | 4/1/2024 | $ 0.83 |
| 9/24/2024 | $ 331.20 | | $ 331.20 | $ - | $ 0.83 |
| -- | $ - | | $ - | | $ 0.83 |
| 10/17/2024 | $ 1,800.00 | | $ - | | $ 1,800.83 |

| Date | Amount | | Amount | Date | Balance |
|---|---|---|---|---|---|
| 10/18/2024 | $ - | | $ 1,707.17 | 5/1/2024 | $ 93.66 |
| 10/31/2024 | $ 1,159.20 | | $ 1,159.20 | $ - | $ 93.66 |
| 11/15/2024 | $ 1,707.17 | | $ - | | $ 1,800.83 |
| 11/18/2024 | $ - | | $ 1,707.17 | 6/1/2024 | $ 93.66 |
| 12/10/2024 | $ 3,400.00 | | $ - | | $ 3,493.66 |
| 12/11/2024 | $ - | | $ 1,707.17 | 7/1/2024 | $ 1,786.49 |
| 12/11/2024 | $ - | | $ 1,707.17 | 8/1/2024 | $ 79.32 |
| 12/20/2024 | $ 1,707.17 | | $ - | | $ 1,786.49 |
| 12/23/2024 | $ - | | $ 1,707.17 | 9/1/2024 | $ 79.32 |
| 12/26/2024 | $ 1,150.00 | | $ 1,150.00 | $ - | $ 79.32 |
| -- | $ - | | $ - | | $ 79.32 |
| -- | $ - | | $ - | | $ 79.32 |
| 1/10/2025 | $ 1,707.17 | | $ - | | $ 1,786.49 |
| 1/13/2025 | $ - | | $ 1,707.17 | 10/1/2024 | $ 79.32 |
| 1/22/2025 | $ 1,150.00 | | $ 1,150.00 | $ - | $ 79.32 |
| 1/24/2025 | $ 2,250.00 | | $ - | | $ 2,329.32 |
| -- | $ - | | $ - | | $ 2,329.32 |
| 2/7/2025 | $ 1,800.00 | | $ - | | $ 4,129.32 |
| 2/10/2025 | $ - | | $ 1,707.17 | 11/1/2024 | $ 2,422.15 |
| 2/20/2025 | $ 2,250.00 | | $ - | | $ 4,672.15 |
| 2/21/2025 | $ - | | $ 1,707.17 | 12/1/2024 | $ 2,964.98 |
| 3/14/2025 | $ 1,800.00 | | $ - | | $ 4,764.98 |
| 3/17/2025 | $ - | | $ 1,779.63 | 1/1/2025 | $ 2,985.35 |
| 3/25/2025 | $ 1,150.00 | | $ 1,150.00 | $ - | $ 2,985.35 |
| -- | $ - | | $ - | | $ 2,985.35 |
| 3/27/2025 | $ 600.00 | | $ - | | $ 3,585.35 |
| 4/10/2025 | $ 1,500.00 | | $ - | | $ 5,085.35 |
| 4/11/2025 | $ - | | $ 1,779.63 | 2/1/2025 | $ 3,305.72 |
| 4/18/2025 | $ 552.00 | | $ 552.00 | $ - | $ 3,305.72 |
| 4/21/2025 | $ 300.00 | | $ - | | $ 3,605.72 |
| 5/12/2025 | $ 1,800.00 | | $ - | | $ 5,405.72 |
| 5/13/2025 | $ - | | $ 1,779.63 | 3/1/2025 | $ 3,626.09 |
| 5/20/2025 | $ 1,196.00 | | $ 1,196.00 | $ - | $ 3,626.09 |
| -- | $ - | | $ - | | $ 3,626.09 |
| 6/9/2025 | $ 1,800.00 | | $ - | | $ 5,426.09 |
| 6/10/2025 | $ - | | $ 1,779.63 | 4/1/2025 | $ 3,646.46 |
| 6/10/2025 | $ - | | $ 1,779.63 | 5/1/2025 | $ 1,866.83 |
| 6/24/2025 | $ 1,735.20 | | $ 1,735.20 | $ - | $ 1,866.83 |
| -- | $ - | | $ - | | $ 1,866.83 |
| 7/18/2025 | $ 1,800.00 | | $ - | | $ 3,666.83 |
| 7/21/2025 | $ - | | $ 1,779.63 | 6/1/2025 | $ 1,887.20 |
| 7/28/2025 | $ 1,446.00 | | $ 1,446.00 | $ - | $ 1,887.20 |
| -- | $ - | | $ - | | $ 1,887.20 |
| 8/25/2025 | $ 1,928.00 | | $ 1,928.00 | $ - | $ 1,887.20 |
| -- | $ - | | $ - | | $ 1,887.20 |
| 9/15/2025 | $ 1,800.00 | | $ - | | $ 3,687.20 |
| 9/16/2025 | $ - | | $ 1,779.63 | 7/1/2025 | $ 1,907.57 |
| -- | $ - | | $ - | | $ 1,907.57 |
| 9/22/2025 | $ 974.03 | | $ 974.03 | $ - | $ 1,907.57 |
| -- | $ - | | $ - | | $ 1,907.57 |
| 10/23/2025 | $ 1,735.00 | | $ - | | $ 3,642.57 |
| 12/22/2025 | $ 1,800.00 | | $ - | | $ 5,442.57 |

| | | | | | |
|---|---|---|---|---|---|
| 12/23/2025 | $ | - | | $ | 1,779.63 | 8/1/2025 | $ | 3,662.94 |
| 1/16/2025 | $ | - | | $ | 1,779.63 | 9/1/2025 | $ | 1,883.31 |
| 1/16/2025 | $ | - | | $ | 1,779.63 | 10/1/2025 | $ | 103.68 |

```
                    PO Dt   1/20/26      Int Paid To    10/01/25
                    Sub Code    00       Next Due Dt    11/01/25      Int Rate           5.125
Prin Bal      170,104.82         Per Diem Int              23.88     Int Calcs       2,633.28
                                                                     Plan Number        00001
Optional Items to I-Include or O-Omit:
I  Escrow Balance                    47.02      O  Total Late Charges                  .00
   Interest on Escrow                  .00      O  Total NSF Charges                 40.00
I  Escrow Advance                      .00      O  Optional Ins Payment               .00
I  Misc Suspense Bal               103.68       O  Prepayment Penalty                 .00
I  Forbearance Bal                     .00      O  Mortgage Ins Premium               .00
O  Subsidy                             .00      O  Other Fees Due                     .00
O  Hazard Suspense Bal                 .00      O  Rebate Points Financed         0000000
   Int on Hazard Loss                  .00      I  Deferred Principal                 .00
O  Inv. Advance                        .00      O  Recording Fee          000000000000000
I  Corp Advance Bal                    .00      O  Quote fee              000000000000000
O  Corp Expense Bal                    .00      O  Oth2   COUNTY RECORDING FEE
O  Default Int Due                     .00      O  Oth1   ANTICIPATED FEE    000000008375
I  Deferred Int                        .00                             000000000000000  +
O  Prepaid Ins Rebate                  .00      O  MBS Liq Difference                 .00

Accept Quote - Y/N N                                       PO Amt          172,607.40


   F11=Corp Adv   F12=Return   F13=Opt Ins   F14=Corp Expense   F24=More keys
```

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>January 20, 2026</u>

| | |
|---|---|
| Chapter 13 Trustee: | Jack N Zaharopoulos |
| Trustee Address: | Standing Chapter 13  (Trustee) |
| | 8125 Adams Drive, Suite A |
| | Hummelstown, PA 17036 |
| Trustee Email: | info@pamd13trustee.com |
| | |
| Debtor's Counsel Name: | J. Zac Christman |
| Debtor's Counsel Address: | J. Zac Christman, Esquire |
| | 538 Main Street, Suite 102 |
| | Stroudsburg, PA 18360 |
| Debtor's Counsel Email: | zac@jzacchristman.com |
| | |
| Debtor 1 Name: | Parminder Kaur |
| Debtor's Mailing Address: | 427 Turnberry Lane |
| | Hazle Township, PA 18202 |

/s/ Cecilia Metcalf