United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 22-02052-MJC

Parminder Kaur                                                                  Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                              Page 1 of 2

Date Rcvd: May 26, 2026                       Form ID: fnldec                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2026:**

**Recip ID**     **Recipient Name and Address**

db     + Parminder Kaur, 427 Turnberry Lane, Hazle Township, PA 18202-9602

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Christopher Niekamp

     on behalf of Creditor The Huntington National Bank cniekamp@bdblaw.com

Eugene C Kelley

     on behalf of Creditor Foursome Group LLC eck@kelleylawyer.com abartoli@kpwslaw.com;emk@kpwslaw.com

J. Zac Christman

     on behalf of Debtor 1 Parminder Kaur zac@jzacchristman.com
     office@fisherchristman.com;JZacChristmanEsquire@jubileebk.net

Jack N Zaharopoulos

     ecf_pahu_alt@trustee13.com

Keri P Ebeck

     on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com
     btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Matthew K. Fissel

on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Matthew K. Fissel

on behalf of Creditor Andrews Federal Credit Union bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William Edward Miller

on behalf of Creditor Andrews Federal Credit Union wmiller@logs.com  logsecf@logs.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Parminder Kaur,                                    Chapter        13

      **Debtor 1**

                            Case No.        5:22−bk−02052−MJC

Social Security No.:

                xxx−xx−6428

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  May 26, 2026

**fnldec** (01/22)